UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES LUNA,

                    Plaintiff,

-v-

THE CITY OF NEW YORK, ET AL,
                    Defendants.

Case No. 07-CV-07096(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

At the conference held before this court on April 8, 2008, the following schedule was adopted:

Discovery is extended to May 19, 2008.

The conference presently scheduled for May 8 is rescheduled to June 9, 2008 at 4:15pm.

Pre motion letters, if any, shall be submitted to the court not later than May 22; Response to be submitted not later than May 29.

Plaintiff's counsel is directed to submit a letter setting forth the reasons for his failure to appear at this conference.

SO ORDERED.

DATED:
New York, New York April 8, 2008

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08